UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRIFFEN SECURITY, LLC,<br><br>                        *Plaintiff*,<br><br>v.<br><br>BOBBIE THOMPSON, *et al.*,<br><br>                        *Defendants*. | Case No. 1:19-cv-03494-VSB |

## AFFIDAVIT OF ROBERT M. HANSEN IN SUPPORT OF
## MOTION FOR ADMISSION PRO HAC VICE

I, ROBERT M. HANSEN, pursuant to Rule 1.3 of the Local Rules of the U.S. District Court for the Southern District of New York, and in support of my Motion for Admission Pro Hac Vice, in the above-captioned action, I hereby state as follows:

1. I have never been convicted of a felony;

2. I have never been censured, suspended, disbarred, or denied admission or readmission by any court;

3. There currently are not any disciplinary proceedings pending against me;

4. In view of the foregoing statements, there are no facts and/or circumstances to give regarding paragraphs 1-3 above.

I hereby affirm under penalty of perjury that the contents of the foregoing are true and correct.

Executed this 23rd day of April, 2019, at Reston, Virginia.

*/s/ Robert M. Hansen*
Robert M. Hansen

Commonwealth of Virginia )
               ) ss
County of Fairfax )

This instrument was acknowledged before me on this 25th day of April, 2019 by

**Robert M. Hansen.**

Notary Public: Maureen E. Kane

My Commission Expires: 06/30/21

