United States District Court
Southern District of New York

GRIFFEN SECURITY, LLC,

        Plaintiff

VS

BOBBIE THOMPSON, MARKEITH BOYD, SHIRLEY LORRAINE BOYD, and CITADEL CAR ALARMS, LLC,

        Defendant

**AFFIDAVIT OF SERVICE**

File/Index No.: 1:19 - CV - 03494- VSB
Issued On:
Alt File/Index No.:
Calendar No.:

**SERVICE UPON:** Markeith Boyd

STATE OF Wisconsin, COUNTY OF Dane: ss

Chad Tetting being duly sworn, deposes and says: I am not a party to the within action, am over the age of 18 years and reside in the State of Wisconsin.

On 4/29/2019 at 2:10 PM at 5152 Anton Drive, Suite 213, Fitchburg, WI 53719, I effected service of process of the following documents: Summons and Complaint with Exhibits; Civil Action Cover Sheet; Rule 7.1 Statement; Motion For Preliminary Injunction; Declaration of Gavin P. Wilding In Support of Plaintiff's Motion For Preliminary Injunction; Plaintiff Griffen Security, LLC's Memorandum of Law upon Markeith Boyd, a/the Defendant in this matter/proceeding:

By delivering to and leaving a true copy thereof with Markeith Boyd personally.

I describe the recipient at the time of service as follows: Gender: Male Race/Skin: Black Age: 40 Height: 6' 0 ' Weight: 225 Hair: black

Subscribed and sworn before me on 4/30/2019

*Keely Lu Chapel*
Notary Public:
Notary #: 227225 Qualified in County: Dane
My Commission expires on: 10/03/2022

KEELY ELIZABETH CHAPEL
NOTARY PUBLIC
STATE OF WISCONSIN

Chad Tetting
Target Research & Investigation
233 Broadway, Suite 2065,
New York, NY 10279
(212) 227-9600



Order #:T85161

Personal Service by Personal Delivery