```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
GRIFFEN SECURITY, LLC,                                      :
                                                            :
                                  Plaintiff,                :
                                                            :      19-CV-3494 (VSB)
            -against-                                       :
                                                            :           ORDER
BOBBIE THOMPSON, et al.,                                    :
                                                            :
                                  Defendants.               :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

Before me is Plaintiff's application for a default judgment against Defendant Citadel Car Alarms, LLC. (*See* Docs. 43–46.) For the reasons that follow, the application is granted.

Plaintiff filed a motion for a preliminary injunction on April 19, 2019, (Docs. 8–10), and a summons and complaint in this action on April 22, 2019, (Docs. 13–16). Despite proper service of the motion and complaint, (*see* Doc. 23), Defendant Citadel Car Alarms, LLC failed to respond to the motion, answer the complaint, or otherwise defend itself in this action. Accordingly, the Clerk entered a Certificate of Default against Defendant Citadel Car Alarms, LLC, (Doc. 42), and on October 9, 2019, I ordered Defendant Citadel Car Alarms, LLC to show cause why a default judgment should not be issued, (Doc. 47). On November 15, 2019, Defendant Citadel Car Alarms, LLC failed to appear at the show cause hearing as ordered. Accordingly, it is hereby:

ORDERED that Plaintiff's application for a default judgment against Defendant Citadel Car Alarms, LLC is GRANTED.

IT IS FURTHER ORDERED that, during the pendency of this action, and until otherwise

ordered, Defendant Citadel Car Alarms, LLC is ENJOINED from terminating the parties' License Agreement, or otherwise interfering with Plaintiff's rights under the License Agreement.

IT IS FURTHER ORDERED that, during the pendency of this action, and until otherwise ordered, Defendant Citadel Car Alarms, LLC must SPECIFICALLY PERFORM its obligations under the License Agreement.

IT IS FURTHER ORDERED that I will reserve referring this case to the Magistrate for an inquest on damages until resolution of the case as to the other defendants.

IT IS FURTHER ORDERED that, in light of this Order and the November 15, 2019 Stipulation and Order, (Doc. 50), Plaintiff's motion for a preliminary injunction, (Doc. 8), is DENIED as moot.

The Clerk of Court is respectfully directed to terminate the open motion at Document 8.

SO ORDERED.

Dated: November 19, 2019
New York, New York

Vernon S. Broderick
United States District Judge