


# MEMORANDUM ENDORSED

December 6, 2019

**FILED VIA ECF**
Magistrate Judge Gorenstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Griffen Security, LLC v. Thompson et al.*, Case No. 19-cv-03494 (VSB/GWG); Settlement REQUEST FOR ONE-WEEK ADJOURNMENT TO DECEMBER 16, 2019

Dear Judge Gorenstein:

This letter requests an adjournment of the settlement conference now scheduled for this Monday, December 9 at 9:30 am, for one week to Monday, December 16, 2019 at 10 a.m.

Favorably, the parties have made progress on their own settlement discussions, and have even exchanged a draft settlement agreement such that they are close to resolving this matter. Defendants, who are pro se, have authorized counsel for Plaintiff to request this adjournment. The parties are very hopeful to relieve the Court of undue administrative burden, and to save the parties unnecessary costs with further litigation.

Plaintiff's counsel is copying Defendants on this letter, and will contact Defendants by phone today and in writing to confirm the filing of this letter request, and will also confirm with them on the Court's action on this request.

Please advise the undersigned if any additional information is needed, and thank you for consideration of this request.

Sincerely,
THE MARBURY LAW GROUP, PLLC

Robert M. Hansen

Shauna M. Wertheim (*pro hac vice*)
Robert M. Hansen (*pro hac vice*)

Cc: Markeith Boyd (via email and mail)
Shirley Boyd (via mail)
Bobbie Thompson (via mail)




**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served, by first-class mail, postage prepaid, this 6th day of December, 2019 on the following:

Bobbie Thompson
1840 Lexington Ave., Apt. 11-A
New York, NY 10035

Markeith Boyd
6812 East Pass, Apt. 213
Madison, WI 53719

Shirley Lorraine Boyd
6812 East Pass, Apt. 213
Madison, WI 53719

Robert M. Hansen (*pro hac vice*)

Conference adjourned to December 16, 2019, at 10:00 a.m. Plaintiff's counsel is directed to immediately inform all other parties by telephone or email of the adjournment.
So Ordered.
Dec. 6, 2019

GABRIEL W. GORENSTEIN
United States Magistrate Judge