UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GRIFFEN SECURITY, LLC,

            Plaintiff,                        19 Civ. 3494 (VSB) (GWG)

   -against-                              ORDER

CITADEL CAR ALARMS, LLC,

           Defendants.
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge:**

      Plaintiff has filed a statement of damages and accompanying affidavits in support of its request for attorneys' fees (Docket # 61). An application for attorneys' fees must be supported by contemporaneous time records. Cruz v. Local Union No. 3 of Int'l Bhd. Of Elec. Workers, 34 F.3d 1148, 1160-61 (2d Cir. 1994); Hollander Glass Tex., Inc. V. Rosen-Paramount Glass Co., Inc., 291 F. Supp. 3d 554, 562-63 (S.D.N.Y. 2018). Reconstructions or invoices based on contemporaneous time records are also acceptable. See Cruz, 34 F.3d at 1160-61; Hollander, 291 F. Supp. 3d at 562-63. Plaintiff has provided invoices to support its application. However, it has not supplied evidence that these invoices are based on contemporaneous time records. In the absence of such evidence, no attorneys' fees can be awarded. The Court sua sponte grants plaintiff until April 17, 2020, to provide the Court either with contemporaneous time records or with evidence that the invoices already submitted are based on contemporaneous time records.

      Defendant may respond to this filing on or before April 24, 2020. Plaintiff shall serve a copy of this Order on defendant at its last known address and shall provide proof of such service by April 17, 2020.

SO ORDERED.

Dated:  New York, New York
         April 10, 2020

                                                               GABRIEL W. GORENSTEIN
                                                               United States Magistrate Judge