UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
GRIFFEN SECURITY, LLC,
                Plaintiff,

                                                                         19 **CIV** 3494 (VSB) (GWG)

        -against-                                    **DEFAULT JUDGMENT**

CITADEL CAR ALARMS, LLC,
                Defendant.
---------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Order dated July 6, 2020, Magistrate Judge Gorenstein's Report and Recommendation is adopted in its entirety; neither party having filed an objection; Judgment is entered in favor of Plaintiff and against defendant Citadel in the amount of $42,670.32, and this case is closed.

**DATED**: New York, New York
             July 7, 2020

                                                **RUBY J. KRAJICK**
                                                    **Clerk of Court**
                                           **BY:** _____
                                                   **Deputy Clerk**